LONG ISLAND LOAN & TRUST CO. v. BROOKLYN HYGIENIC ICE CO. et al. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by the Long Island Loan & Trust Company, as trustee, etc., against the Brooklyn Hygienic Ice Company, Agnes L. O'Rourke, individually and as executrix, etc., the Empire State & Surety Company, and others.

PER CURIAM. We are of the opinion that the court had no power on this motion to adjust the rights of the parties in respect to mat-

ters which could only be the subject of contract. The order must be reversed, with $10 costs and disbursements, but without prejudice to the right of the plaintiff to move, if so advised, to be relieved from the purchase, or for a resale of the premises.